UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KOURIOCKEIN VANN,

               Plaintiff,

-against-

DR. JANICE WOLFE-FRIEDMAN, *et al.*,

               Defendants.

23-CV-00236 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff, who is currently incarcerated in Woodbourne Correctional Facility, is proceeding *pro se* and *in forma pauperis* (IFP). By order dated March 6, 2023, the Court directed Plaintiff to file an amended complaint within 60 days. On April 21, 2023, Plaintiff submitted a letter to the court requesting an extension of time to file an amended complaint. Plaintiff's request is granted. Plaintiff is directed to file an amended complaint within 60 days of the date of this order. If Plaintiff fails to comply within the time allowed, and he cannot show good cause to excuse such failure, the complaint will be dismissed for failure to state a claim upon which relief may be granted, *see* 28 U.S.C. § 1915(e)(2)(B)(ii).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  April 24, 2023
          New York, New York

                                            /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                     Chief United States District Judge