**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KOURIOCKEIN VANN,

                Plaintiff,

-against-                              23 **CIVIL** 236 (NSR)

## JUDGMENT

WOLFE-FRIEDMAN, et al,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 2, 2025, *pro se* Plaintiff's First Amended Complaint is DISMISSED with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      July 2, 2025

                                                        **TAMMI M. HELLWIG**
                                                         **Clerk of Court**

                **BY:**
                                                          **Deputy Clerk**